**FILED: 1/11/2012**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Michelle Lander*, | CASE NO. CV 11-8613-GHK (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Bank of America Corporation*, | |
| Defendant. | |

Pursuant to the Court's January 11, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Michelle Lander's ("Plaintiff") claims against Defendant Bank of America, N.A., erroneously sued as Bank of America Corporation are **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: January 11, 2012

_____
GEORGE H. KING
United States District Judge